DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SURLES

No. 27 P 82.

Case below: 55 N.C. App. 179.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 March 1982.

STATE v. WADE

No. 14 A 82.

Case below: 55 N.C. App. 258.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.

STILLEY v. AUTOMOBILE ENTERPRISES

No. 184 PC.

Case below: 55 N.C. App. 33.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982.

TEACHY v. COBLE DAIRIES, INC.

No. 174 PC.

Now No. 90 PA 82.

Case below: 54 N.C. App. 688.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 March 1982.

WACHOVIA BANK v. LIVENGOOD

No. 115 PC.

Now No. 86 PA 82.

Case below: 54 N.C. App. 198.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 3 March 1982.